**No. 10-5062. Tyrone Noble, Petitioner v. United States.**

562 U.S. 901, 131 S. Ct. 235, 178 L. Ed. 2d 156, 2010 U.S. LEXIS 6403.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 371 Fed. Appx. 423.